FIRST NATIONAL BANK OF COLORA-
DO SPRINGS, as the Personal Repre-
sentative of the Estate of the late Neil
James Nichols, Petitioner,

v.

Glenna Ebersole NICHOLS, Respondent.

No. 78–716.

Supreme Court of Colorado,
. En Banc.

Jan. 13, 1981.

Certiorari to the Colorado Court of Appeals.

Upon consideration of the Suggestion of Moot Question, the Order to Show Cause why the above-Captioned matters should not be Dismissed as Moot, the Response thereto, and the Stipulation of Facts filed herein, and now being sufficiently advised in the premises,

It Is This Day Ordered that these matters shall be, and the same hereby are, dismissed as moot.